IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEONDRE' ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00523-RAH-KFP |
| | ) | |
| BUFFALO ROCK CO., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On December 15, 2025, the Magistrate Judge recommended (*see* doc. 20) that Defendant's *Partial Motion to Dismiss* (*see* doc. 13) be granted and therefore that Counts I and II of the Second Amended Complaint be dismissed. Objections were due on or by December 29, 2025. To date, no objection or response by Plaintiff has been filed. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (doc. 20) is **ADOPTED**;
2. Defendant's *Partial Motion to Dismiss* (doc. 13) is **GRANTED**;
3. Counts I and II of the Second Amended Complaint are hereby **DISMISSED**;
4. This case shall proceed on Counts III and IV of the Second Amended Complaint; and,
5. This case is referred back to the Magistrate Judge for further proceedings.

**DONE** on this the 12th day of January 2026.

_____
R. AUSTIN HUFFAKER, JR.

UNITED STATES DISTRICT JUDGE